United States District Court
Southern District of Texas
**ENTERED**
November 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOLORES DEL CARMEN MOLINA MELENDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-6655 |
| | § | |
| WARDEN, HOUSTON CONTRACT DETENTION FACILITY, *et al.* | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

The respondents' unopposed motion to dismiss this habeas action as moot (Dkt. 5) is **GRANTED**. This habeas action is **DISMISSED as moot**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on November 10, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE